UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES C. MAXEY,** | 2:16-mc-00092-LJO |
| **Plaintiff,** | ORDER ON PRE-FILING REQUEST |
| v. | |
| **UNITED STATES,** *et al.***,** | |
| **Defendants.** | |

Plaintiff's lodged complaint is subject to the pre-filing review order in case number 2:15-cv-1656-JAM-EFB, Doc. 7, which declared Plaintiff a vexatious litigant and provides that he is not permitted to file any new litigation in this Court without first obtaining leave to do so from the undersigned, as Chief Judge of this District. *Id.* at 2. Leave will be permitted only "if it appears that the litigation has merit and has not been filed for the purposes of harassment or delay." *Id.* (citing Cal. Civ. Proc. Code § 391.7(b)).

Plaintiff's lodged complaint does not meet that requirement. The complaint alleges, among other things, that numerous government officials have conspired to implant a subcutaneous microchip in Plaintiff and to murder him. Lodged Complaint at 1. The Court declines to grant Plaintiff leave to file the lodged complaint because it has no merit. District courts have the authority to dismiss complaints founded on "wholly fanciful" factual allegations for lack of subject matter jurisdiction. *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984). Strikingly similar claims have been raised by Plaintiff and

rejected on the merits in prior cases. See *Maxey v. Brown*, No. 2:14-CV-02507 MCE AC, 2015 WL 925792, at *3 (E.D. Cal. Feb. 24, 2015), report and recommendation adopted, No. 2:14-CV-2507 MCE, 2015 WL 1469750 (E.D. Cal. Mar. 30, 2015).

Accordingly, the Court ORDERS that Plaintiff's lodged complaint shall not be filed.

IT IS SO ORDERED.

Dated:   **May 10, 2016**                   **/s/ Lawrence J. O'Neill**
                                            UNITED STATES CHIEF DISTRICT JUDGE